65 A.3d 900

**Frederick William MARKOVITZ, IV, Appellant**

**v.**

**John WETZEL, Secretary of the Department of Corrections, Appellee.**

Supreme Court of Pennsylvania.

April 24, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 24th day of April, 2013 the Order of the Commonwealth Court is AFFIRMED.